UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Larry Leroy Zitzloff,

            Debtor.                      BKY 17-43622

-------------------------------------------------

Larry Zitzloff,                                 ADV 18-04086

            Plaintiff,

v.                                     **ORDER FOR JUDGMENT**

Prosser Holdings, LLC, DBA Zoom
Financial & John Prosser, personally,

            Defendants.

At Minneapolis, Minnesota, November 6, 2018.

This adversary proceeding is before the court for trial. Andrew C. Walker appeared on behalf of the plaintiff and William H. Henney appeared on behalf of the defendants.

At the conclusion of the plaintiff's case, the defendants made a motion, which I construed to be one for judgment on partial findings. Based on findings of fact and conclusions of law stated orally and recorded in open court,

IT IS ORDERED:

1. The defendants' motion for judgment on partial findings is granted.

2. The plaintiff shall recover nothing from the defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                            /e/ Robert J. Kressel
                                            ROBERT J. KRESSEL
                                            UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/06/2018*
Lori Vosejpka, Clerk, by LH