UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Larry Leroy Zitzloff,

        Debtor.　　　　　　　　　　　　　　　　BKY 17-43622

----------------------------------

Larry Zitzloff,　　　　　　　　　　　　　　　　　　　ADV 18-04086

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

Prosser Holdings, LLC, DBA Zoom
Financial & John Prosser, personally,
        Defendants.

        This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

        It is therefore Ordered and Adjudged: The plaintiff shall recover nothing from the defendants.

Dated:　　November 6, 2018　　　　　　　　　Lori A. Vosejpka
At:　　　　Minneapolis, Minnesota　　　　　　Clerk of Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　/e/ Lynn M. Hennen
　　　　　　　　　　　　　　　　By:　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lynn M. Hennen
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/06/2018*
Lori Vosejpka, Clerk, by LH